AIKEN SCHENK HAWKINS & RICCIARDI P.C.
4742 North 24th Street, Suite 100
Phoenix, Arizona 85016-4859
Telephone: (602) 248-8203
Facsimile: (602) 248-8840
E-Mail: dlh@ashrlaw.com
E-Mail: crc@ashrlaw.com
D. Lamar Hawkins – 013251
Christopher R. Chicoine -- 025260
Attorneys for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 11 Proceedings |
|---|---|
| JAMES A. CAVINESS and ADRIANNE R. CAVINESS,<br><br>Debtors. | Case No. 2:10-bk-31708-RTB<br><br>**ORDER AND NOTICE OF TIME WITHIN WHICH TO FILE PROOFS OF CLAIM AND FOR HEARING ON DISCLOSURE STATEMENT** |

TO: ALL CREDITORS, EQUITY SECURITY HOLDERS AND OTHER PARTIES IN INTEREST:

A disclosure statement and a plan under Chapter 11 of the Bankruptcy Code having been filed by James A. and Adrianne R. Caviness (the "Debtors") on February 1, 2011,

**IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT**:

1. The hearing to consider the approval of the disclosure statement shall be held at the United States Bankruptcy Court, 230 North First Avenue, 7th Floor, Courtroom No. 703, Phoenix, Arizona, **at   :00 o'clock  .m. on the    day of       , 2011**.

2. The last day for filing with the court and serving in accordance with Bankruptcy Rule 3017(a), written objections to the disclosure statement is fixed at five (5) business days prior to the hearing date set for approval of the disclosure statement.

3. Within the time limits imposed by the Bankruptcy Rules 2002(b) and 3017(a), the proponent of the plan shall transmit the disclosure statement and plan to any committee appointed pursuant to § 1102; the Securities and Exchange Commission, Attn: Bankruptcy Counsel, 5670 Wilshire Blvd., 11th Floor, Los Angeles, CA 90036-3684 if it has filed a notice of appearance or a request to receive notices; and any

party in interest who has requested or requests in writing a copy of the disclosure statement and plan, and shall mail this order to the above parties and to all creditors and other interested parties. The plan proponent shall file a certificate or affidavit evidencing such transmission.

4. The Debtors have filed a list of creditors pursuant to Bankruptcy Rule 1007. Unless otherwise ordered by the Court previously, any creditor holding a listed claim which is not listed as disputed, contingent or un-liquidated as to amount, may but need not, file a proof of claim in this case. Creditors whose claims are not listed or whose claims are listed as disputed, contingent, or un-liquidated as to amount and who desire to participate in the case or share in any distribution must file their proof of claim prior to the approval of the disclosure statement, which date is hereby fixed as the last day for filing a proof of claim, unless a different last date to file claims has been previously ordered. Any creditor who desires to rely on this list has the responsibility for determining that he is accurately listed.

Requests for copies of the disclosure statement and plan shall be mailed to the proponent of the plan in care of D. Lamar Hawkins, Aiken Schenk Hawkins & Ricciardi P.C., 4742 North 24th Street, Suite 100, Phoenix, Arizona 85016.

**DATED AND SIGNED ABOVE**

S:\Caviness\2706202-James Caviness\Pleadings\OrdDSHrg.doc

2