1  **AIKEN SCHENK HAWKINS & RICCIARDI P.C.**
   4742 North 24th Street, Suite 100
2  Phoenix, Arizona 85016-4859
   Telephone: (602) 248-8203
3  Facsimile: (602) 248-8840
   E-Mail: dlh@ashrlaw.com
4  E-Mail: prr@ashrlaw.com
   E-Mail: crc@ashrlaw.com
5  D. Lamar Hawkins – 013251
   Philip R. Rupprecht – 009288
6  Christopher R. Chicoine -- 025260
   Attorneys for Debtors

7

8                 IN THE UNITED STATES BANKRUPTCY COURT

9                     FOR THE DISTRICT OF ARIZONA

10  In re                              | Chapter 11 Proceedings
11  JAMES A. CAVINESS and ADRIANNE R.  |
    CAVINESS,                          | Case No. 2:10-bk-31708-RTB
12
                         Debtors.
13
    Address:    9830 E. Thompson Peak Pkwy.   **ORDER APPROVING DISCLOSURE**
14              #903                            **STATEMENT AND FIXING TIME FOR**
                Scottsdale, AZ 85255            **FILING ACCEPTANCE OR REJECTION**
15                                              **OF PLAN, COMBINED WITH NOTICE**
    Social Security No(s).:   xxx-xx-9949       **THEREOF**
16                             xxx-xx-1880

17

18  **TO:   ALL CREDITORS, EQUITY SECURITY HOLDERS, AND OTHER PARTIES IN
           INTEREST**

19      A Disclosure Statement under Chapter 11 of the Bankruptcy Code having been filed by

20  James A. and Adrianne R. Caviness (the "Debtors") on February 1, 2011, referring to their First Plan

21  of Reorganization under Chapter 11 of the Bankruptcy Code,

22      It having been determined that the Disclosure Statement contains adequate information; and

23      No objections having been filed to the Disclosure Statement;

24      **IT IS ORDERED AND NOTICE IS HEREBY GIVEN** that:

25      A.  The Disclosure Statement is approved.

26      B.  The hearing to consider confirmation of the Plan shall be held at the United States

27          Bankruptcy Court, 230 North First Avenue, 7th Floor, Courtroom No. 703 at 10:00

28          o'clock a.m. on the 20th day of April, 2011.

C. The last day for filing with the Court written acceptances or rejections of the Plan is fixed at five (5) business days prior to the hearing date set for confirmation of the Plan. Ballots shall be mailed to D. Lamar Hawkins, Aiken Schenk Hawkins & Ricciardi P.C., 4742 North 24th St., Suite 100, Phoenix, AZ 85016.

D. Within the time limits imposed by Bankruptcy Rule 2002(b), copies of this Order, the Plan, the Disclosure Statement (or approved summaries thereof), and a ballot conforming to Official Form No. 14, shall be transmitted by the Plan proponent by mail to all creditors, equity security holders and other parties in interest as provided in Bankruptcy Rule 3017(d). The Plan proponent shall file a certificate or affidavit evidencing such transmission.

E. The last day for filing and serving, pursuant to Bankruptcy Rule 3020(b)(1), written objections to confirmation of the Plan is fixed at five (5) business days prior to the hearing date set for confirmation of the Plan.

F. The written report by the proponent, as required by Local Bankruptcy Rule 3018(c), is to be filed three (3) business days prior to the hearing date set for confirmation of the Plan.

**DATED AND SIGNED ABOVE.**

S:\Caviness\2706202-James Caviness\Pleadings\OrdAppDS.doc

2