AIKEN SCHENK HAWKINS & RICCIARDI P.C.
4742 North 24th Street, Suite 100
Phoenix, Arizona 85016-4859
Telephone: (602) 248-8203
Facsimile: (602) 248-8840
E-Mail: dlh@ashrlaw.com
E-Mail: prr@ashrlaw.com
E-Mail: crc@ashrlaw.com
D. Lamar Hawkins – 013251
Philip R. Rupprecht – 009288
Christopher R. Chicoine -- 025260
Attorneys for Debtors

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>JAMES A. CAVINESS and ADRIANNE R. CAVINESS,<br><br>Debtors.<br><br>Address: 9830 E. Thompson Peak Pkwy. #903<br>Scottsdale, AZ 85255<br><br>Social Security No(s).: xxx-xx-9949<br>xxx-xx-1880 | Chapter 11 Proceedings<br><br>Case No. 2:10-bk-31708-RTB<br><br>**NOTICE OF BAR DATE RE: DEBTORS' MOTION TO EXTEND PLAN EXCLUSIVITY DEADLINE**<br><br>**AND OPPORTUNITY FOR OBJECTIONS THERETO** |

NOTICE IS HEREBY GIVEN that James A. and Adrianne R. Caviness (the "Debtors") have filed a Motion to Extend Plan Exclusivity Deadline (the "Motion") in the above-captioned proceedings.

By their Motion, the Debtors are requesting the Court enter an order extending the deadline that the Debtors have the exclusive right to solicit acceptances of a plan to June 30, 2011. The Debtors believe additional time is warranted because the Disclosure Statement referring to the Plan of Reorganization has been filed and a hearing on confirmation has been scheduled for after the current exclusivity deadline.

NOTICE IS FURTHER GIVEN that pursuant to Local Bankruptcy Rules 2002-1 and 9013-1, if no written objection is filed with the court and a copy thereof served upon Aiken Schenk Hawkins & Ricciardi P.C., 4742 North 24th Street, Ste. 100, Phoenix, Arizona 85016 WITHIN

TWENTY-ONE (21) DAYS of service of this Notice, the Motion may be granted without a hearing. If a party in interest timely objects to the Motion and requests a hearing, the matter will be placed on the Court's calendar. Only those objecting and parties in interest will receive notice of the hearing.

NOTICE IS FURTHER GIVEN that the Motion, statements and supporting papers are available for review at the Clerk's office, U.S. Bankruptcy Court, 230 N. First Avenue, Phoenix, Arizona 85003-1706 and a copy may be inspected by any party in interest by accessing the United States Bankruptcy Court for the District of Arizona Document Filing System at http://ecf.azb.uscourts.gov or a copy may be obtained from Aiken Schenk Hawkins & Ricciardi P.C. at the address appearing upon this pleading.

DATED this 30th day of March, 2011.

                                        AIKEN SCHENK HAWKINS & RICCIARDI P.C.

                                        By _____
                                            D. Lamar Hawkins
                                            Philip R. Rupprecht
                                            Christopher R. Chicoine
                                            4742 North 24th Street, Suite 100
                                            Phoenix, Arizona 85016-4859
                                            Attorneys for Debtors

S:\Caviness\2706202-James Caviness\Pleadings\NotExclus.doc